# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK



**JOHN M. DOMURAD**
Clerk

**DANIEL R. MCALLISTER**
Chief Deputy

**James M. Hanley Federal Building**
P.O. Box 7367 100 S. Clinton Street
Syracuse NY 13261-7367
(315) 234-8500

February 13, 2019

Jonathan Little, Esq.
Saeed and Little, LLP
133 W. Market Street, #189
Indianapolis, Indiana 46204

Rex A. Sharp, Esq.
Ryan C. Hudson, Esq.
Larkin Walsh, Esq.
Sarah T. Bradshaw, Esq.
REX A. SHARP, P.A.
5301 W. 75th Street
Prairie Village, KS 66208

Robert Allard, Esq.
Lauren Cerri, Esq.
CORSIGLIA, MCMAHON AND ALLARD, LLP
96 North Third Street, Suite 620
San Jose, CA 95112

RE:   *Braney vs. Roman Catholic Diocese of Syracuse, et al.*
      NYND CASE NO. 5:19-cv-210 (TJM/TWD)

Dear Counselors:

Please be advised that a Complaint was filed February 14, 2019, in the Northern District of New York that also notes you as co-counsel of record. You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court. This means all attorneys MUST have an individual PACER account, and request admission via PACER. If you will be seeking a Permanent Admission, instructions can be found on our website at: http://www.nynd.uscourts.gov/sites/nynd/files/Permanent_Admission_Instructions.pdf.

If you will be seeking a Pro Hac Vice Admission, instructions can be found by using the following link:
http://www.nynd.uscourts.gov/sites/nynd/files/PHV_Admission_Instructions.pdf.

The parties are advised that all future filings and inquiries should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

Very Truly Yours,

JOHN M. DOMURAD, CLERK

By: s/ Rose Pieklik
Case Processing Specialist

cc: Counsel of record (via CM/ECF)
NDNY File