UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**KEVIN BRANEY, et al.,**

      **Plaintiffs**

  v.                                           5:19-cv-210 (TJM/TWD)

**ROMAN CATHOLIC DIOCESE OF SYRACUSE, et al.,**

      **Defendants,**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

### ORDER

The undersigned was assigned the instant action. The Court has considered and determined, sua sponte, that recusal is appropriate pursuant to 28 U.S.C. § 455. The Clerk of the Court is therefore directed to reassign the matter forthwith.

**IT IS SO ORDERED.**

**Dated:** February 25, 2019

_____
Thomas J. McAvoy
Senior, U.S. District Judge