UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Kevin Braney, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:19-cv-210 (GLS/TWD) |
| | ) | |
| The Roman Catholic Diocese of Syracuse, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE REGARDING JONATHAN LITTLE'S ADMISSION REQUIREMENT

Comes now attorney Jonathan Little, by the undersigned Jessica Wegg, and respectfully notifies the Court of his efforts to comply with the instructions regarding his application for admission:

1. Mr. Little was listed as co-counsel for Plaintiff in this matter, with the parenthetical explanation "application for admission forthcoming".

2. On February 15, 2019, this Court entered Document 4 onto the docket, which is a letter from the Clerk directing Mr. Little to "advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if [he] will remain as counsel of record, and if so, [that his] formal admission is required."

3. Mr. Little's response is due today.

4. Mr. Little hereby notifies the Court that he **does** intend to remain as counsel of record in this matter.

5. Mr. Little is a member of the bar of New York state, and as such, he is required to submit a Certificate of Good Standing from the same to apply for admission to this Court.

1

6. Mr. Little requested the necessary document from the New York State bar approximately ten days ago, but he has yet to receive a copy of the Certificate of Good Standing back.

7. Mr. Little expects to receive a copy of the Certificate of Good Standing from the New York State bar any day now (the typical turnaround time is one week), at which time, if the Court permits, he will promptly file for admission to the bar of the Northern District of New York.

Respectfully submitted,

/s/ *Jessica Wegg*
Jessica Wegg, NDNY #519489
Jonathan Little (NY State Bar #5499132)
(*application for admission forthcoming*)
Saeed & Little, LLP
#189 – 133 West Market Street
Indianapolis, Indiana 46204
(317) 721-9214
jessica@sllawfirm.com

CERTIFICATE OF SERVICE

This document was filed using the Court's CM/ECF System. Service will be made on all counsel of record by operation of the same. This document may also be accessed through the PACER system.

Date: March 1, 2019                  /s/ *Jessica Wegg*