IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

| | |
|---|---|
| KEVIN BRANEY, John Does 1-1,000 <br><br> Plaintiff, <br><br> v. <br><br> ROMAN CATHOLIC DIOCESE OF SYRACUSE, et al. <br><br> Defendants. | Cause No. 5:19-cv-00210-GLS-TWD <br><br> JURY DEMANDED |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS**

Comes now Plaintiff and pursuant to Rule 41 of the Federal Rules of Civil Procedure voluntarily dismisses all claims against all Defendants from the above captioned matter without prejudice.

Respectfully,

S/Jonathan Little
Jonathan Little
Saeed and Little, LLP
133 W. Market Street #189
Indianapolis, IN 46204
jon@sllawfirm.com
(317)721-9214